**UNITED STATES of America, Plaintiff—Appellee,**

v.

**James Michael ANDERSON, Defendant—Appellant.**

**No. 06–50444.**

United States Court of Appeals, Ninth Circuit.

Nov. 21, 2008.

Becky S. Walker, Esq., Jason P. Gonzalez, Esq., USLA–Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Jonathan D. Libby, Esq., FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

ed by 9th Cir. R. 36–3.

## ORDER

The memorandum disposition filed in this case on November 26, 2007, 256 Fed. Appx. 85, is withdrawn. A replacement memorandum disposition will be filed concurrently with the filing of this order.

The petition for panel rehearing and the petition for rehearing en banc are denied as moot.